IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JAMES L. McLEAN and<br>EDITH L. McLEAN,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>RONALD A. RAY, ESQ. and<br>ECONOMOU, FORRESTER, & RAY,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Case No.: 1:10-cv-456<br>)<br>)<br>)<br>)<br>) |

## ORDER

　　This matter comes before the Court on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint filed September 28, 2010. (Dkt. No. 11). On October 20, 2010, Plaintiffs filed a Motion for Leave to File a Second Amended Complaint. (Dkt. No. 19). The Second Amended Complaint addresses issues raised in Defendants' Motion to Dismiss, and asserts new claims. For this reason, and for other good cause shown, it is hereby

　　ORDERED that Defendants' Motion to Dismiss is DENIED WITHOUT PREJUDICE. It is further ORDERED that Defendants have seven days in which to file a Response to Plaintiffs' Motion for Leave to File a Second Amended Complaint. Plaintiffs will have three days from the date of Defendant's Response in which to file a reply. If the Court ultimately grants Plaintiffs' Motion, Defendants will be permitted to re-file a Motion to Dismiss as appropriate.

Alexandria, Virginia
October 21, 2010

　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　Liam O'Grady
　　　　　　　　　　　　　　　　　　　　United States District Judge