IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JAMES L. McLEAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 1:10-cv-456 |
| ) | |
| RONALD A. RAY, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter comes before the Court on Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint. (Dkt. No. 30). Upon consideration of the pleadings of the parties, for good cause shown, and for reasons stated in open court, it is hereby

ORDERED that Defendant's Motion is DENIED. Defendants may, after discovery, reassert their arguments as appropriate.

December 14, 2010
Alexandria, Virginia

/s/ *LOG*
Liam O'Grady
United States District Judge