In the
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| JAMES L. McLEAN<br>    and<br>EDITH L. McLEAN,<br>    Plaintiffs,<br>        v.<br><br>RONALD A. RAY, ESQUIRE,<br>    and<br>ECONOMOU, FORRESTER & RAY,<br>    Defendants. | Civil Action No. 1:10-CV-456<br>(LO/TCB) |

### MOTION TO PERMIT STEPHEN ANDREW ARMSTRONG TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Counsel for Plaintiffs, with the consent and agreement of Plaintiff James L. McLean, individually, and for Plaintiff Edith L. McLean, through James L. McLean, by authority of his power of attorney for Edith L. McLean, respectfully move that Stephen Andrew Armstrong be permitted to withdraw his appearance as attorney for the Plaintiffs. Mr. Armstrong has no choice but to withdraw as he will be a witness in this case. Allen H. Sachsel will continue as counsel in this case. Thus, Plaintiffs will not suffer any prejudice since they remain represented, and Mr. Armstrong's withdrawal will in no way delay any proceedings in this case, including the trial, which is scheduled to begin on April 25, 2011.

Counsel for Plaintiffs believe an oral hearing on this Motion is unnecessary, and therefore, are not scheduling the same. Counsel for Defendants have authorized us to state that they will not will not seek an oral hearing for this Motion.

Respectfully submitted,

          /s/
Allen H. Sachsel
Virginia Bar No. 65896
Attorney for James L. McLean and Edith L. McLean
Law Offices of Allen H. Sachsel
10521 Judicial Drive, Suite 307
Fairfax, Virginia 22030
Telephone Number: (703) 385-9400
Fax Number: (703) 385-1007
email: ahs@saarmstrong.net

          /s/
Stephen A. Armstrong l
Virginia Bar No. 16500
Attorney for James L. McLean and Edith L. McLean
Law Offices of Stephen A. Armstrong
10521 Judicial Drive, Suite 307
Fairfax, Virginia 22030
Telephone Number: (703) 385-4466
Fax Number: (703) 997-3003
email: sa@saarmstrong.net

<u>CERTIFICATE OF SERVICE</u>

I certify that on January 25, 2011, I will electronically file the foregoing Motion to Permit Stephen Andrew Armstrong to Withdraw as Counsel for Plaintiffs with the Clerk of the Court using the CM/EF system, which will then send notification to the following:

David J. Gogal, Esquire
Blankingship & Keith, P.C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
Phone: (703) 691-1235
Fax: (703) 691-3913
email: dgogal@bklawva.com

William B. Porter, Esquire
Blankingship & Keith, P.C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
Phone: (703) 691-1235
Fax: (703) 691-3913
email: wporter@bklawva.com

Michael L. Chang, Esquire
Blankingship & Keith, P.C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
Phone: (703) 691-1235
Fax: (703) 691-3913
email: mchang@bklawva.com

/s/
Allen H. Sachsel
Virginia Bar No. 65896
Attorney for James L. McLean and Edith L. McLean
Law Offices of Allen H. Sachsel
10521 Judicial Drive, Suite 307
Fairfax, Virginia 22030
Telephone Number: (703) 385-9400
Fax Number: (703) 385-1007
email: ahs@saarmstrong.net